## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:20-CR-00371 |
| | ) | |
| Plaintiff, | ) | Judge Jeffrey J. Helmick |
| | ) | |
| v. | ) | DEFENDANT JOHNSON'S MOTION |
| | ) | TO VACATE TRIAL DATE |
| Garrick "Gary" Johnson, et al. | ) | |
| | ) | Richard M. Kerger (0058164) |
| Defendant. | ) | THE KERGER LAW FIRM, LLC |
| | ) | 4159 N. Holland-Sylvania Rd., Suite 101 |
| | ) | Toledo, OH 43623 |
| | ) | Telephone: (419) 255-5990 |
| | ) | FAX: (419) 255-5997 |
| | ) | Email: rkerger@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Defendant* |
| | ) | *Garrick "Gary" Johnson* |

Now comes Defendant Gary Johnson and moves the Court to vacate the trial of January 9, 2023 because of the disqualification of one of his trial counsel, David Klucas.  Further, Defendant asks that the Court appoint replacement counsel for Mr. Klucas.

Respectfully submitted,

/s/ Richard M. Kerger
THE KERGER LAW FIRM, LLC
4159 N. Holland-Sylvania Rd., Suite 101
Toledo, OH 43623
Telephone: (419) 255-5990
FAX: (419) 255-5997
Email: rkerger@kergerlaw.com

*Counsel for Defendant*
*Garrick "Gary" Johnson*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 4th day of January, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Richard M. Kerger